IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORDELL CURRY STEWART, | ) | 8:08CV257 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TOM P. MCKENNEY, STATE OF | ) | |
| NEBRASKA, and DOUGLAS | ) | |
| COUNTY PROSECUTORS OFFICE, | ) | |
| | ) | |
| Respondents. | ) | |

    This matter is before the court on the Petitioner's Motion to Dismiss. (Filing No. 6.) On June 27, 2008, the court determined that the petition was insufficient and ordered the petitioner to file an amended petition. (Filing No. 5.) The petitioner now seeks dismissal of his petition without prejudice[1] "based on the advice of [his] attorney." (Filing No. 6.) The petitioner's Motion to Dismiss is granted in accordance with Federal Rule of Civil Procedure 41(a)(1) and Rule 11 of the *Rules Governing Section 2254 Cases in the United States District Courts*. This matter is dismissed without prejudice.

    IT IS THEREFORE ORDERED that:

    1.    The petitioner's Motion to Dismiss (filing no. 6) is granted and this matter is dismissed without prejudice.

---

[1] Petitioner seeks dismissal without prejudice so that "it doesn't harm [his] rights or cancel [his] priviledges [sic]." (Filing No. 6.) In accordance with his request, the court will dismiss the Petition without prejudice but cannot advise Petitioner regarding any effect the dismissal may have on any "rights" or "privileges."

2. A separate judgment will be entered in accordance with this Memorandum and Order.

Dated July 10, 2008.

> BY THE COURT
>
> s/ Warren K. Urbom
> United States Senior District Judge